IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDDIE BERNARD FIELDS,  )<br>                          )<br>     Plaintiff,         )<br>                          )<br>     v.                   )<br>                          )<br>COVINGTON COUNTY DISTRICT )<br>ATTORNEY'S OFFICE,        )<br>                          )<br>     Defendant.           ) | CIVIL ACTION NO.<br>  2:15cv342-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging the violation of his constitutional rights in connection with his 2011 criminal case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed in part with prejudice and in part without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's

recommendation should be adopted, except that the lawsuit shall be dismissed in its entirety without prejudice.

An appropriate judgment will be entered.

DONE, this the 29th day of September, 2015.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE